No. 108, Orig. NEBRASKA *v.* WYOMING ET AL. Fourth interim motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded $72,970.75 for the period October 1, 1989, through September 30, 1990, to be paid by the parties as follows: 40 percent by Nebraska, 40 percent by Wyoming, and 20 percent by the United States. [For earlier order herein, see, *e. g.*, 493 U. S. 973.]

No. 89–1027. NORFOLK & WESTERN RAILWAY CO. ET AL. *v.* AMERICAN TRAIN DISPATCHERS' ASSN. ET AL.; and
No. 89–1028. CSX TRANSPORTATION, INC. *v.* BROTHERHOOD OF RAILWAY CARMEN ET AL. C. A. D. C. Cir. [Certiorari granted, 494 U. S. 1055.] Motion of the Acting Solicitor General for divided argument granted.

No. 89–1149. GROGAN ET AL. *v.* GARNER. C. A. 8th Cir. [Certiorari granted, 495 U. S. 918.] Motion of the Solicitor General for leave to permit Robert A. Long, Jr., Esq., to present oral argument *pro hac vice* denied.